UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Andrew Ramon Rodriguez-Sigala,

Petitioner,

v.

Warden, FCI Sandstone,

Respondent.

File No. 26-CV-2816 (ECT/LIB)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on July 16, 2026. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**; and

2. Petitioner Andrew Ramon Rodriguez-Sigala's Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED without prejudice** for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 18, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court